Duane H. Gillman (#1194)
dgillman@djplaw.com
Jessica G. Peterson (#11210)
jpeterson@djplaw.com
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
Telephone: (801) 415-3000
Facsimile:  (801) 415-3500
       Attorneys for Trustee/Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>KASIMEA AFUSIPA TANGI and SHARON TANGI,<br><br>     Debtors. | Bankruptcy Case Number<br><br>14-20512 WTT<br><br>[Chapter 7] |
| DUANE H. GILLMAN, Chapter 7 Trustee,<br><br>     Plaintiff,<br><br>v.<br><br>KASIMEA AFUSIPA TANGI and SHARON TANGI,<br><br>     Defendants. | Adversary Case Number<br><br>14-02193 |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

     The Plaintiff, Duane H. Gillman, trustee of the estate of the above-referenced Debtors, by

and through counsel, hereby requests that the Court enter a default judgment in favor of the

Plaintiff and against Defendants, Kasimea Afusipa Tangi and Sharon Tangi.  This motion is

made on the grounds that Defendants, Kasimea Afusipa Tangi and Sharon Tangi, failed to file an

Answer to the Plaintiff's Complaint.  The Complaint was properly served in this action and

Defendants, Kasimea Afusipa Tangi and Sharon Tangi, failed to answer Plaintiff's Complaint

within the time prescribed for answering.

 This motion is based upon the records and files herein and upon the affidavit in support

of motion, submitted concurrently herewith.

 DATED this ⎯25⎯ day of July, 2014.

<br>

Jessica G. Peterson
DURHAM JONES & PINEGAR
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**By Notice Of Electronic Filing (CM/ECF)**

    I hereby certify that on the 25th day of July, 2014, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- Duane H. Gillman tr    dhgnotice@djplaw.com, ut02@ecfcbis.com

**By U.S. Mail, Other** – Regular first class United States mail, postage fully prepaid

    I hereby certify that on the 25th day of July, 2014, I caused to be served a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** as follows:

Kasimea Afusipa Tangi
Sharon Tangi
2956 South Alane Street
West Valley City, UT  84120

                              /s/ Angie Stettler
                              Durham Jones & Pinegar