**The below described is SIGNED.**

**Dated: September 18, 2014**  /s/ William T. Thurman



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

---

Duane H. Gillman #1194
Jessica G. Peterson #11210
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
Telephone: (801) 415-3000
      Attorneys for Trustee/Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br>KASIMEA AFUSIPA TANGI and SHARON TANGI,<br><br>    Debtors. | Bankruptcy Case Number<br><br>14-20512 WTT<br><br>[Chapter 7] |
| DUANE H. GILLMAN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>KASIMEA AFUSIPA TANGI and SHARON TANGI,<br><br>    Defendants. | Adversary Case Number<br><br>14-02193 |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT**

---

    Plaintiff's Motion for Entry of Default Judgment ("Motion") came on for hearing on September 9, 2014 at 10:00 a.m., pursuant to notice, before the Honorable William T. Thurman, Chief United States Bankruptcy Judge. Jessica G. Peterson of Durham Jones & Pinegar appeared on behalf of the plaintiff, Duane H. Gillman, Chapter 7 Trustee. The Court having

SLC_1940338.1

reviewed the Motion and related pleadings, heard the statements of counsel, after which the Court made its findings on the record. Based thereon, no objection having been filed, it is hereby

**ORDERED** that the Motion is GRANTED;

**ORDERED** that the chapter 7 discharges of Kasimea and Sharon Tangi are hereby denied pursuant to 11 U.S.C. § 727(a)(6)(A); and it is further

**ORDERED** that a separate Default Judgment will be executed by the Court.

-----END OF DOCUMENT-----

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Duane H. Gillman     dhgnotice@djplaw.com
- Jessica G Peterson    jpeterson@djplaw.com, khughes@djplaw.com

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Kasimea & Sharon Tangi
2956 South Alane Street
West Valley City, UT 84120

                                             _____
                                             Clerk of the U.S. Bankruptcy Court

SLC_1940338.1