**The below described is SIGNED.**

Dated: September 19, 2014  /s/ William T. Thurman

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



Duane H. Gillman #1194
Jessica G. Peterson #11210
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
Telephone: (801) 415-3000
      Attorneys for Trustee/Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>KASIMEA AFUSIPA TANGI and SHARON TANGI,<br>    Debtors. | Bankruptcy Case Number<br>14-20512 WTT<br>[Chapter 7] |
| DUANE H. GILLMAN, Chapter 7 Trustee,<br>    Plaintiff,<br>v.<br>KASIMEA AFUSIPA TANGI and SHARON TANGI,<br>    Defendants. | Adversary Case Number<br>14-02193 |

### DEFAULT JUDGMENT

Plaintiff's Motion for Entry of Default Judgment ("Motion") came on for hearing on September 9, 2014 at 10:00 a.m., pursuant to notice, before the Honorable William T. Thurman, Chief United States Bankruptcy Judge. Jessica G. Peterson of Durham Jones & Pinegar appeared on behalf of the plaintiff, Duane H. Gillman, Chapter 7 Trustee. The Court having

SLC_1940331.1

Entered On Docket: 09/22/2014

reviewed the Motion and related pleadings, heard the statements of counsel, after which the Court made its findings on the record. Based thereon, no objection having been filed, it is hereby

**ORDERED** that a judgment is hereby awarded to the Plaintiff against the Defendants denying their Chapter 7 discharges.

-----END OF DOCUMENT-----

SLC_1940331.1

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **DEFAULT JUDGMENT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Duane H. Gillman     dhgnotice@djplaw.com
- Jessica G Peterson     jpeterson@djplaw.com, khughes@djplaw.com

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Kasimea & Sharon Tangi
2956 South Alane Street
West Valley City, UT 84120

                                                    _____
                                                    Clerk of the U.S. Bankruptcy Court

United States Bankruptcy Court
District of Utah

Gillman,
    Plaintiff

Adv. Proc. No. 14-02193-WTT

Tangi,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: dlg      Page 1 of 1      Date Rcvd: Sep 22, 2014
                 Form ID: pdfor1      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2014.
pla         Duane H. Gillman,    Durham Jones & Pinegar,    111 East Broadway, Suite 900,    P.O. Box 4050,    Salt Lake City, UT   84110-4050
dft         +Kasimea Afusipa Tangi,    2956 South Alane Street,    West Valley City, UT 84120-1602
dft         +Sharon Tangi,    2956 South Alane Street,    West Valley City, UT 84120-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Sep 23 2014 01:47:01     United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,    Salt Lake City, UT 84111-3402
                                                                                                                                                                                                                                                             TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2014 at the address(es) listed below:
            Duane H. Gillman    on behalf of Plaintiff Duane H. Gillman dhgnotice@djplaw.com
            Jessica G Peterson    on behalf of Plaintiff Duane H. Gillman jpeterson@djplaw.com, khughes@djplaw.com
                                                                                                                                                                                                                       TOTAL: 2